# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

36  629,
69  602

JOHN W. WALSH, AS RECEIVER OF WILLIAM H. VAN ALLEN, APPELLANT, *v.* ELEANOR VAN ALLEN AND OTHERS, EXECUTRIX, ETC., OF ADAM VAN ALLEN, DECEASED, RESPONDENTS.

*Costs on appeal from a Surrogate's Court —Code of Civil Procedure, secs.* 2570, 3240.

APPEAL from an order made by the Surrogate's Court of Albany county, dismissing a petition and citation requiring the respondents to show cause why they should not be compelled to file an inventory.

The court at General Term said with reference to the costs : " Section 2560 says ' the costs of an appeal, where they are awarded in a Surrogate's Court, are the same as if they were awarded in the Supreme Court.' There is no appeal to the Surrogate's Court ; and strictly there is no appeal *in* the Surrogate's Court. But there is an appeal *from* that court to the Supreme Court. (Sec. 2570.) Section 3240 makes costs in special proceedings the same (as to rates) with costs in an action.

" Taking these sections together, we think that the costs on an appeal from an order in a special proceeding in the Surrogate's Court must be as in a similar case in an action in the Supreme Court, viz., ten dollars and printing disbursements."

*N. P. Hinman,* for the appellant.

*Nathaniel C. Moak,* for the respondents.

Memoranda by LEARNED, P. J.

Present — LEARNED, P. J., BOCKES and LANDON, JJ.

Appeal affirmed, with ten dollars costs and printing disbursements.